AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Gary T. Fischbach,
        *Appellant*
        v.                                                                   Civil Action No.    1:12-513-JMC

Centers for Medicare and Medicaid
Services, Palmetto Government Benefits
Administrators, LLC,
        *Appellees*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the judgment of the Bankruptcy Court is affirmed and the Chapter 7 bankruptcy case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having affirmed the decision of the US Bankruptcy Court' order issued January 9, 2012 which grants summary judgment for Appellees.

Date:   March 22, 2013                                              *CLERK OF COURT*

                                                                                 s/Angie Snipes

                                                     *Signature of Clerk or Deputy Clerk*